IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAMMY J. LAMBERT,           )<br>         Plaintiff,          )<br>                              )<br>     v.                      )<br>                              )<br>MICHAEL J. ASTRUE,            )<br>COMMISSIONER OF SOCIAL       )<br>SECURITY,                     )<br>         Defendant.          ) | Civil Action No. 08-657<br>Electronically Filed |

**ORDER OF COURT**

AND NOW, this 19th day of February, 2009, for the reasons set forth in the foregoing memorandum opinion, it is HEREBY ORDERED as follows:

(1) Defendant's motion for summary judgment (Doc. No. 10) is DENIED;

(2) Plaintiff's motion for summary judgment (Doc. No. 12) is DENIED insofar as it seeks an award of benefits and GRANTED insofar as it seeks a vacation of the Commissioner's decision, and a remand for further administrative proceedings; and

(3) The decision of the Commissioner is vacated, and the case is remanded to the Commissioner for further administrative proceedings in accordance with the accompanying memorandum opinion.

                                                          s/ Arthur J. Schwab
                                                          United States District Judge

cc: All counsel of record